IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DES MOINES DIVISION

| | |
|---|---|
| JENNIFER PEDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>WINDSTREAM SERVICES, LLC,<br><br>Defendant. | Civil No.  4:20-cv-161<br><br><br><br>**NOTICE OF REMOVAL** |

## **DEFENDANT'S NOTICE OF REMOVAL**

**COMES NOW,** Windstream Services, LLC, pursuant to 28 U.S.C. § 1441 and §  1446, (hereinafter "Windstream"), by and through its undersigned counsel, hereby files this Notice of Removal to this Court of the action *Jennifer Pederson vs. Windstream Services, LLC,* Case No. LACV121996, filed against it in the Iowa District Court for Jasper County (the *Pederson* action). In support of removal, Windstream states as follows:

### **Summary of Basis for Removal**

1.   The *Pederson* action was served on Defendant, Windstream representative, Registered Agent Solutions, Inc. on April 30, 2020.  Defendant, Windstream, timely filed this notice of removal on May 20, 2020, and asserts that the Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. § 1332 and that this action is one that may be removed pursuant to 28 U.S.C. § 1441(a) and (b).  There is complete diversity of citizenship because the Plaintiff, Jennifer Pederson, resides in and is a citizen of Iowa and the Defendant is not a citizen of Iowa. The amount in controversy exceeds the jurisdictional amount of $75,000.

2. The matter is also subject to removal because there are claims of violation of the Family Medical Leave Act pursuant to 29 U.S.C. §2601. See Petition.

3. Accordingly, all of the requirements for removal of the *Pederson* action have been met.

### Statement of Facts

Complete Diversity of Citizenship

4. Plaintiff, Jennifer Pederson is a resident and citizen of the State of Iowa. See petition ¶1 (Exhibit A).

5. Defendant, Windstream is a Missouri Corporation with its principle place of business in Little Rock, Arkansas. See petition ¶2. Therefore, Windstream is not a citizen of Iowa. 28 U.S.C. § 1332(c)(1).

6. Plaintiff claims injuries from wrongful termination, including lost wages, as well as, emotional distress and punitive damages. While a certain dollar amount is not alleged, the damages asserted by Plaintiff suggest that the amount in controversy exceeds $75,000.

### Federal Claim

7. Plaintiff alleges a violation of the Federal Medical Leave Act on 29 U.S.C. §(a)(1). See petition ¶ 4.

8. The claim alleges a violation of federal law and therefore this court has original jurisdiction. 28 U.S.C. 1441(a).

### Compliance with Local Rule 81

9. Finally, the Defendant has complied with Local Rule 81. Attached as Exhibit B, are copies of all process, pleadings and orders filed in the *Pederson* action. The Defendant is not aware of any motion pending before the Iowa District Court in the *Pederson* action.

10. Attached as Exhibit C is a list of all counsel who appeared for Pederson in the *Pederson* action and their contact information.

**WHEREFORE**, pursuant to 28 U.S.C. § 1332, 1441 and 1446, Defendant respectfully removes the *Pederson* action from the Iowa District Court for Scott County to this Court.

Dated:  May 20, 2020

                                                BETTY, NEUMAN & McMAHON P.L.C.

BY:        */s/ Martha L. Shaff*
                Martha L. Shaff     #AT0007215

1900 East 54th Street
Davenport, IA  52807-2708
T: 563.326.4491
F: 563.326.4498
E: mls@bettylawfirm.com
**ATTORNEYS FOR DEFENDANT,
WINDSTREAM SERVICES, LLC**

## **CERTIFICATE OF SERVICE FOR ELECTRONIC FILINGS**

I hereby certify that on _____May 20, 2020_____, I electronically filed the foregoing document with the Clerk of Court using the ECF system and a true copy of the foregoing was served either electronically or by U.S. First Class Mail upon the following:

> Harley C. Erbe
> Erbe Law Firm
> 2501 Grand Avenue
> Des Moines, IA  50312
> T: 515-281-1460
> F: 515-281-1474
> E: harleyerbe@erbelaw.com
> **ATTORNEY FOR PLAINTIFF**

                                                              _____*/s/ Martha L. Shaff*_____